**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1757**

DORA L. ADKINS,

           Plaintiff - Appellant,

    v.

BANK OF AMERICA, N.A.,

           Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:14-cv-00563-GBL-JFA)

Submitted:  October 21, 2014      Decided:  October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dora Adkins, Appellant Pro Se.  Nathaniel Patrick Lee, MCGUIREWOODS, LLP, Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order dismissing her civil action alleging claims related to the foreclosure of her home. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Adkins v. Bank of Am., N.A., No. 1:14-cv-00563-GBL-JFA (E.D. Va. July 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED